# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2025-0094

———————————————

STEPHEN MICHAEL DICKS,

    Petitioner,

v.

RICKY D. DIXON, Secretary,
Florida Department of
Corrections,

    Respondent.

———————————————

Petition for Writ of Habeas Corpus—Original Jurisdiction.

March 4, 2025

PER CURIAM.

    DISMISSED.

BILBREY, M.K. THOMAS, and LONG, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Stephen Michael Dicks, pro se, Petitioner.

No appearance, for Respondent.